TIMOTHY COURCHAINE
United States Attorney
District of Arizona

BENJAMIN GOLDBERG
Assistant United States Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Ben.Goldberg@usdoj.gov
Attorneys for Plaintiff

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

ANDREW CHERRY
Trial Attorney
California State Bar No. 315969
Ben Franklin Station, P.O. Box 14404
Washington, DC 14404
Telephone: (202) 514-3204
Email: Andrew.Cherry@usdoj.gov

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Everardo Gregorio,<br><br>　　　　Defendant. | No. CR25-01567-PHX-JJT(JZB)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 247(a)(2), 247(b), and 247(d)(3)<br>(Obstruction of Free Exercise of Religious Beliefs by Fire)<br>Count 1 |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about March 3, 2025, in the District of Arizona, Defendant EVERARDO GREGORIO intentionally obstructed, by force and threat of force, that is by use of fire, the congregants of Khal Chasidim in the enjoyment of those victims' free exercise of religious

beliefs, which conduct was in and affected interstate commerce.

In violation of Title 18, United States Code, Sections 247(a)(2), 247(b), and 247(d)(3).

A TRUE BILL

/s/
_____
FOREPERSON OF THE GRAND JURY
Date: November 18, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
_____
BENJAMIN GOLDBERG
Assistant U.S. Attorney

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

S/
_____
ANDREW CHERRY
Trial Attorney