UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EVERARDO GREGORIO, ) <br> ) <br> Defendant. ) | Case No. CR25-01567-PHX-JJT(JZB) |

## CERTIFICATION OF THE ASSISTANT ATTORNEY GENERAL

I, Harmeet K. Dhillon, hereby certify that the prosecution of Everardo Gregorio under Section 247(a)(2) of Title 18 of the United States Code is in the public interest and necessary to secure substantial justice.

Signed this 3rd day of October, 2025.

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division